IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ORLANDO CHAVEZ-MURILLO, | ) ) | |
| Petitioner, | ) ) | Case No. CV 07-468-S-MHW |
| v. | ) ) | **JUDGMENT** |
| LAWRENCE WASDEN, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

The parties have consented to a United States Magistrate Judge conducting all proceedings, including ordering the entry of final judgment, in accordance with 28 U.S.C. § 636(c). (Docket No. 11.)

Based on the Court's Memorandum Decision and Order, filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice.

DATED: September 24, 2009

Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT - 1**